| AO 10 Rev. 1/2010 | FINANCIAL DISCLOSURE REPORT NOMINATION FILING | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial) BATTAGLIA, ANTHONY J. | 2. Court or Organization SOUTHERN DISTRICT OF CALIFORNIA | 3. Date of Report 05/20/2010 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) DISTRICT JUDGE - NOMINEE | 5a. Report Type (check appropriate type) [✓] Nomination, Date 5/20/2010 [ ] Initial [ ] Annual [ ] Final 5b. [ ] Amended Report | 6. Reporting Period 01/01/2009 to 04/30/2010 |
| 7. Chambers or Office Address United States District Court 940 Front Street, Room 1145 San Diego, CA 92101-8927 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

[ ] NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Trustee | Trust 1 (Pension & Profit Sharing Plan Trust) |
| 2. Trustee | Trust 2 (has no reportable assets) |
| 3. Trustee | Trust 3 |
| 4. Director, Immediate Past President | Federal Magistrate Judges Association |
| 5. | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

[✓] NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2009-2010 | self employed, Attorney |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS – *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Exempt | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BATTAGLIA, ANTHONY J. | 05/20/2010 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☐ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | Exempt | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Sallie Mae | Student Loan | J |
| 2. | Citibank | Student Loan | K |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BATTAGLIA, ANTHONY J. | 05/20/2010 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1. American Century Balanced Fund | B | Dividend | K | T | Exempt | | | | |
| 2. Trust I (Pension and Profit Sharing Plan Trust) | E | Dividend | O | T | | | | | |
| 3. - T. Rowe Price Equity Inc Fund (Pension Plan) | | | | | | | | | |
| 4. - T.Rowe Price Prime Fund (Pension Fund) | | | | | | | | | |
| 5. - Vanguard GNMA Fund (Pension Fund) | | | | | | | | | |
| 6. - Vanguard High Yield Fund (Pension Fund) | | | | | | | | | |
| 7. - Vanguard Star Fund (Profit Sharing Plan) | | | | | | | | | |
| 8. - Vanguard Prime Fund (Profit Sharing) | | | | | | | | | |
| 9. - T. Rowe Price High Yield Fund (Profit Sharing) | | | | | | | | | |
| 10. - Vanguard GNMA Fund (Profit Sharing) | | | | | | | | | |
| 11. - T. Rowe Price Spectrum Growth Fund (Profit Sharing) | | | | | | | | | |
| 12. - Hennessy/Tamarack/ Babson Value Fund (Pension Fund) | | | | | | | | | |
| 13. - Vanguard Index 500 Fund (Profit Sharing Plan) | | | | | | | | | |
| 14. - Vanguard Health Care Fund (Profit Sharing) | | | | | | | | | |
| 15. - Artisan Mid Cap Fund (Profit Sharing Plan) | | | | | | | | | |
| 16. Law Office Close Corp. Stock | | None | J | W | | | | | |
| 17. Proctor & Gamble Common Stock | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001 - $2,500 | C = $2,501 - $5,000 | D = $5,001 - $15,000 | E = $15,001 - $50,000 |
|---|---|---|---|---|---|
| | F = $50,001 - $100,000 | G = $100,001 - $1,000,000 | H1 = $1,000,001 - $5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J = $15,000 or less | K = $15,001 - $50,000 | L = $50,001 - $100,000 | M = $100,001 - $250,000 | |
| | N = $250,001 - $500,000 | O = $500,001 - $1,000,000 | P1 = $1,000,001 - $5,000,000 | P2 = $5,000,001 - $25,000,000 | |
| | P3 = $25,000,001 - $50,000,000 | | P4 = More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BATTAGLIA, ANTHONY J. | 05/20/2010 |

## VII. INVESTMENTS and TRUSTS — _Income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)_

☐ NONE _(No reportable income, assets, or transactions.)_

| A. Description of Assets (including trust assets)  Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 18. T.Rowe Price Equity Inc. Fund | A | Dividend | J | T | | | | | |
| 19. Fidelity Equity Inc. Fund | B | Dividend | J | T | | | | | |
| 20. Vanguard Money Market | A | Dividend | J | T | | | | | |
| 21. Trust 3 | C | Dividend | L | T | | | | | |
| 22. - T. Rowe Price Equity Income Fund (Trust #3) | | | | | | | | | |
| 23. Sempra Energy Common Stock | A | Dividend | J | T | | | | | |
| 24. IRA A | D | Dividend | M | T | | | | | |
| 25. - Vanguard Inflation Protected Securities Fund | | | | | | | | | |
| 26. - Vanguard GNMA Fund | | | | | | | | | |
| 27. IRA B | C | Dividend | M | T | | | | | |
| 28. - Vanguard 500 Index Fund | | | | | | | | | |
| 29. - Vanguard Midcap Fund | | | | | | | | | |
| 30. - Vanguard Total Bond Fund | | | | | | | | | |
| 31. - Vanguard Small Cap Fund | | | | | | | | | |
| 32. - Vanguard International Fund | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

Part I: Trust #2 is solely comprised of a non-reportable asset, a personal residence.

Part 3 A: Non reportable, non investment income was earned during the reported period for service as United States Magistrate Judge.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature _____

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544

# FINANCIAL STATEMENT

Anthony Battaglia

## NET WORTH

Provide a complete, current financial net worth statement which itemizes in detail all assets (including bank accounts, real estate, securities, trusts, investments, and other financial holdings) all liabilities (including debts, mortgages, loans, and other financial obligations) of yourself, your spouse, and other immediate members of your household.

| ASSETS | | | | LIABILITIES | | | |
|---|---|---|---|---|---|---|---|
| Cash on hand and in banks | | 4 | 000 | Notes payable to banks-secured | | | |
| U.S. Government securities-Series EE bonds | | 1 | 100 | Notes payable to banks-unsecured | | | |
| Listed securities-see schedule | 1 | 293 | 749 | Notes payable to relatives | | | |
| Unlisted securities--Met Life Trust Shares | | | 500 | Notes payable to others | | | |
| Accounts and notes receivable: | | | | Accounts and bills due | | | |
| Due from relatives and friends | | | | Unpaid income tax | | | |
| Due from others | | | | Other unpaid income and interest | | | |
| Doubtful | | | | Real estate mortgages payable-see schedule | | 620 | 000 |
| Real estate owned-personal residence | | 980 | 000 | Chattel mortgages and other liens payable | | | |
| Real estate mortgages receivable | | | | Other debts-itemize: | | | |
| Autos and other personal property | | 20 | 000 | Education Loans for Children | | 50 | 806 |
| Cash value-life insurance | | 22 | 500 | | | | |
| Other assets itemize: | | | | | | | |
| Home Furniture/Furnishings | | 100 | 000 | | | | |
| Clothing/jewelry/personal items | | 50 | 000 | | | | |
| | | | | Total liabilities | | 670 | 806 |
| | | | | Net Worth | 1 | 801 | 043 |
| Total Assets | 2 | 471 | 849 | Total liabilities and net worth | 2 | 471 | 849 |
| CONTINGENT LIABILITIES | | | | GENERAL INFORMATION | | | |
| As endorser, comaker or guarantor | | 9 | 000 | Are any assets pledged? (Add schedule) | | | No |
| On leases or contracts | | | | Are you a defendant in any suits or legal actions? | | | No |
| Legal Claims | | | | Have you ever taken bankruptcy? | | | No |
| Provision for Federal Income Tax | | | | | | | |
| Other special debt | | | | | | | |